AARON D. FORD
Attorney General
MICHELLE D. ALANIS (Bar No. 10024)
Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3584
(702) 486-3773 fax
malanis@ag.nv.gov
gtan@ag.nv.gov

*Attorneys for Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA ARMENDARIZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS, Does I-X and Roes I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01242-JCM-EJY<br><br>**STIPULATION REQUESTING TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br>**FIRST REQUEST**<br><br>**(CURRENTLY SCHEDULED FOR SEPTEMBER 16, 2020)** |

　　　　The parties, Plaintiff, TANYA ARMENDARIZ, and Defendant, STATE OF NEVADA DEPARTMENT OF CORRECTIONS, by and through their respective attorneys of record, hereby submit this Stipulation Requesting to Reschedule Early Neutral Evaluation (ENE). This is the first request that the ENE be rescheduled to a different date.

　　　　Defense counsel has been informed that Defendant representatives with settlement authority have a scheduling conflict with the current ENE setting. The parties conferred regarding alternative dates for the ENE and hereby propose the following five dates in accordance with the Order Scheduling Early Neutral Evaluation (ECF No. 6):

September 23, 2020

September 24, 2020

September 30, 2020

October 15, 2020

October 21, 2020

Accordingly, the parties hereby request that the current ENE setting be vacated and rescheduled to one of the dates listed above.

**IT IS SO STIPULATED.**

DATED this 14th day of August, 2020.　　　　DATED this 14th day of August, 2020.

AARON D. FORD　　　　　　　　　　　　　HOLMAN LAW OFFICE
Attorney General

*/s/ Gerald L. Tan*　　　　　　　　　　　　　*/s/ Kristina S. Holman*
MICHELLE DI SILVESTRO ALANIS　　　　KRISTINA S. HOLMAN
Supervising Senior Deputy Attorney General　Nevada bar No. 3742
Nevada Bar No. 10024　　　　　　　　　　3470 E. Russell Road, Ste. 202
GERALD L. TAN, ESQ.　　　　　　　　　Las Vegas, NV 89120
Deputy Attorney General　　　　　　　　　*Attorney for Plaintiff*
Nevada Bar No. 13596　　　　　　　　　　*TANYA ARMENDARIZ*
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendant STATE OF NEVADA*
*DEPARTMENT OF CORRECTIONS*

## ORDER

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for September 16, 2020 is VACATED and reset for **Wednesday, September 30, 2020 at 10:00 a.m.**  IT IS FURTHER ORDERED that the evaluation statements are due on Wednesday, September 23, 2020 by noon.  All other provisions of the Court's Order (ECF No. 6) remain in effect.

DATED this 17th day of August, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

2