AARON D. FORD
Attorney General
MICHELLE D. ALANIS (Bar No. 10024)
Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3584
(702) 486-3773 fax
malanis@ag.nv.gov
gtan@ag.nv.gov

*Attorneys for Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA ARMENDARIZ,<br><br>            Plaintiff,<br><br>   vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS, Does I-X and Roes I-X, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-01242-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

     The parties, Plaintiff, TANYA ARMENDARIZ, and Defendant, STATE OF NEVADA DEPARTMENT OF CORRECTIONS, by and through their respective attorneys of record, hereby stipulate that the above-entitled matter in its entirety be dismissed **with prejudice**, each

/ / /

/ / /

/ / /

/ / /

1

party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 8th day of February, 2021.                    DATED this 8th day of February, 2021.

AARON D. FORD                                            HOLMAN LAW OFFICE
Attorney General

/s/ Gerald L. Tan                                        /s/ Kristina S. Holman
MICHELLE D. ALANIS                                       KRISTINA S. HOLMAN
Supervising Senior Deputy Attorney General               Nevada bar No. 3742
Nevada Bar No. 10024                                     8275 S. Eastern Ave., Ste. 215
GERALD L. TAN, ESQ.                                      Las Vegas, NV 89123
Deputy Attorney General                                  *Attorney for Plaintiff*
Nevada Bar No. 13596                                     *TANYA ARMENDARIZ*
555 East Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendant STATE OF NEVADA DEPARTMENT OF CORRECTIONS*

## ORDER

IT IS SO ORDERED.

DATED February 10, 2021.

_____
UNITED STATES DISTRICT JUDGE

2